UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE J. BUTTE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GARCIA, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2882-EFB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

　　　　On October 9, 2015, the court screened plaintiff's complaint and found service appropriate for defendant Garcia.  That order gave plaintiff 30 days to submit the documents necessary for service of process on defendant and warned plaintiff that failure to comply with the order could result in dismissal of this case.  The time for acting has passed and plaintiff has failed to comply with or otherwise respond to the court's order

/////

/////

/////

1

1    Accordingly, this action is dismissed without prejudice.  Fed. R. Civ. P. 41(b); E.D. Cal.
2  Local Rule 110.
3  Dated:  November 16, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE